IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANNE MEHALLICK, | )<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1346<br>) |
| | ) Honorable Gary L. Lancaster |
| v. | )<br>) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, | )<br>)<br>) |
| Defendant. | )<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiff Mary Anne Mehallick, and Defendant Liberty Life Assurance Company of Boston, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with all parties to bear their own costs and attorney's fees.

Respectfully submitted,

s/ Melissa A. Guiddy
Melissa A. Guiddy, Esq.
Pa. I.D. No. 79223
King & Guiddy
121 North Main Street
Greensburg, PA  15601
(724) 836-1500

Attorneys for Plaintiff
Mary Anne Mehallick

s/ James P. Hollihan
James P. Hollihan, Esq.
Pa. I.D. No. 33266
Duane Morris LLP
600 Grant Street, 50th Floor
Pittsburgh, PA  15219
(412) 497-1040

Attorneys for Defendant
Liberty Life Assurance Company of Boston

DM2\659062.1

Dated: February 27, 2005

SO ORDERED, this 2nd day of March, 2006.

_____
Gary L. Lancaster, U.S. District Judge